UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-81264-CIV-COHN/SELTZER

ALLEN FOX,

        Plaintiff,

vs.

THE MARQUIS CORPORATION,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND AWARDING ATTORNEYS' FEES AND COSTS

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 33], submitted by United States Magistrate Judge Barry S. Seltzer, recommending that the Court award Plaintiff $9,512.00 in attorneys' fees and $796.10 in costs and litigation expenses in this matter. The Court has conducted a *de novo* review of Plaintiff's Verified Motion for Attorneys' Fees and Litigation Expenses and Costs [DE 19], the parties' related submissions, the record in this case, and is otherwise advised in the premises.

The Court notes that no objections to the Report and Recommendation have been filed, and the time for filing such objections has passed. In consideration of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [DE 33] is **ADOPTED**.

2.     Plaintiff's Verified Motion for Attorneys' Fees and Litigation Expenses and Costs [DE 19] is **GRANTED in part and DENIED in part**. Plaintiff is

awarded **$9,512.00** in attorneys' fees and **$796.10** in costs and litigation expenses. Final Judgment on this award will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 15th day of March, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF